UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MARY LOU STELTER,

    Plaintiff,

v.

    NOTICE OF APPEAL

WISCONSIN PHYSICIANS SERVICE
INSURANCE CORPORATION,

    Case No. 17 CV 463

    Defendant.

---

Notice is hereby given that Mary Lou Stelter, Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order entered in this action on November 30, 2018 and the Final Judgment entered on December 3, 2018, in favor of Defendant, Wisconsin Physicians Service Insurance Corporation, and against Mary Lou Stelter, granting Defendant's Motion for Summary Judgment and dismissal of the case.

Dated: December 21, 2018

    BAKKE NORMAN, S.C.

By: _____
    David C. Schoenberger
    Attorney No. 1035131
    2919 Schneider Avenue SE, P.O. Box 280
    Menomonie, WI 54751-0280
    (715) 235-9016
    dschoenberger@bakkenorman.com

Attorneys for Plaintiff, Mary Lou Stelter